RAYMOND A. MARENARO
DEBTOR

FILED SEP 25 '06 15:47 USBCRI
BK-05-11959
CH. 13

# NOTICE OF APPEAL

I APPEAL DISMISSAL OF CH 13 BK-05-11959 PER ORDER ENTERED ON DOCKET #100 ON 9-13-2006

## PARTIAL REASONS

JUDGE DID NOT ADDRESS PREVIOUSLY OFFERED PRE-PMT OF PLAN ARREARAGE, BEFORE PROCESS OF LIQUIDATION & PROPERTY SALE FINALIZED.

ALSO OTHER ASPECTS IN EFFECT

Raymond A. Marenaro
9-25-06