**DUPFILER, NTCAPR, APPEAL, DISMISSED**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:05-bk-11959

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 05/24/2005
*Date Dismissed:* 09/13/2006

***Debtor***
**Raymond A. Marenaro**
60 Smart Street
Providence, RI 02904
(401) 861-0186
SSN: xxx-xx-1141

represented by **Edward G. Lawson, Jr.**
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
Email: lawsonlaw@cox.net
*TERMINATED: 04/19/2006*

**Marty C. Marran**
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
Fax : 725-2244
Email: mcmstonewall@cox.net

***Trustee***
**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600

Attest a True Copy
Susan M. Thurston, Clerk
By Deputy Clerk

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 05/24/2005 | 1 | Chapter 13 Voluntary Petition. Fee Amount $48.50 Filed by Raymond A. Marenaro . Government Proof of Claim due by 11/21/2005. (OHara, Anne) Modified attachment on 5/24/2005 (Venuti, Jody). (Entered: 05/24/2005) |
| 05/24/2005 | 2 | 2 Day Notice of Missing Documents and Certificate of Service. (related document (s)1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro). Missing Items: matrix on disk. Missing Documents Due By: 5/26/2005. (OHara, Anne) (Entered: 05/24/2005) |
| 05/24/2005 | 3 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing |

| | | |
|---|---|---|
| | | Documents Due By: 6/8/2005. (OHara, Anne) Modified attachment on 5/24/2005 (Venuti, Jody). (Entered: 05/24/2005) |
| 05/24/2005 | 4 | Receipt Number 62277, Fee Amount $48.50 (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro) (OHara, Anne) (Entered: 05/24/2005) |
| 05/24/2005 | | Duplicate Filer. Information regarding previous filing: Case No.: 99-10186, Filing Date: 1/19/1999, Chapter: 13, Discharge Date: 9/7/2001, Closing Date: 10/01/2001, Disposition: 1. (Lanni, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | | Duplicate Filer. Information regarding previous filing: Case No.: 98-13898, Filing Date: 9/23/1998, Chapter: 7, Discharge Date: 12/24/1998, Closing Date: 1/6/1999, Disposition: 1. (Lanni, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | 5 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. Amount Paid: 0.00 Dollars. Name of Preparer: n/a. . Filed by Debtor Raymond A. Marenaro . (Lanni, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | 6 | Application to Pay Filing Fee in Installments Filed by Debtor Raymond A. Marenaro. (Lanni, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | 7 | Order Granting Application To Pay Filing Fees In Installments. First Installment of $48.50 Paid on 5/24/05. Second Installment Payment due by 6/14/2005 in the amount of $48.50; Third Installment Payment due by 7/5/2005 in the amount of $48.50; Final Installment Payment due by 7/26/2005 in the amount of $48.50. (Lanni, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | 8 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)3 Notice of Missing Documents, ). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 6/8/2005. (OHara, Anne) Amended notice sent to include certificate of service on Chapter 13 plan due as well. (Entered: 05/24/2005) |
| 05/26/2005 | | Creditor Disk. Filed by Debtor Raymond A. Marenaro . (OHara, Anne) (Entered: 05/26/2005) |
| 05/26/2005 | 9 | First Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian to be held on 06/24/2005 at 09:30 AM at United States Trustee's Office. Proof of Claim due by 09/22/2005. Confirmation Hearing to be Held on 07/07/2005 at 09:30 AM at 6th Floor Courtroom (Entered: 05/26/2005) |
| 05/26/2005 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 7 Order on Motion To Pay Filing Fees in Installments, ) Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 05/26/2005 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 3 Notice of Missing Documents, ) Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 05/26/2005 | 12 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 2 Day Notice of Missing Documents) Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| | | |

| | | |
|---|---|---|
| 05/26/2005 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 8 Notice of Missing Documents, ) Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 05/28/2005 | 14 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 First Meeting (Chapter 13), First Meeting (Chapter 13)) Service Date 05/28/2005. (Admin.) (Entered: 05/29/2005) |
| 06/08/2005 | 15 | Motion to Extend Time until 6/23/2005 to File missing documents due and Plan Filed by Debtor Raymond A. Marenaro (related document(s)8 Notice of Missing Documents, ). ***Filed as a letter*** (Lanni, Christine) (Entered: 06/09/2005) |
| 06/09/2005 | 16 | Order Granting Motion to Extend Time to: 6/23/2005 . Updated Deadline Due By:6/23/2005 for missing documents. (Lanni, Christine) (Entered: 06/09/2005) |
| 06/10/2005 | 17 | Notice of Appearance and Request for Notice Filed by Ann E. O'Donnell on behalf of Thc Chase Manhattan Bank, as Trustee. (O'Donnell, Ann) (Entered: 06/10/2005) |
| 06/11/2005 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 16 Order on Motion to Extend Time) Service Date 06/11/2005. (Admin.) (Entered: 06/12/2005) |
| 06/13/2005 | 19 | Terminate Document - ECF Error. **Incorrect Document Attached - listing incorrect creditor law firm represents **. Document must be resubmitted (related document(s)17 Notice of Appearance and Request for Notice filed by Creditor Thc Chase Manhattan Bank, as Trustee). (Lanni, Christine) (Entered: 06/13/2005) |
| 06/13/2005 | 20 | Notice of Appearance and Request for Notice Filed by Ann E. O'Donnell on behalf of Thc Chase Manhattan Bank, as Trustee. (O'Donnell, Ann) (Entered: 06/13/2005) |
| 06/14/2005 | 21 | Receipt of Second Installment Payment. Receipt Number 62369, Fee Amount $47.50 (related document7Order on Motion To Pay Filing Fees in Installments); Third Installment Payment in the amount of $49.50 Due on 7/5/05 and Final Installment Payment in the amount of $48.50 Due on 7/26/05. (Elderkin, April) (Entered: 06/15/2005) |
| 06/15/2005 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Terminate Document - ECF Error, ) Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 06/23/2005 | 23 | SECOND Motion to Extend Time until 7/6/05 to file missing documents Filed by Debtor Raymond A. Marenaro (related document(s)16 Order on Motion to Extend Time). (Lanni, Christine) (Entered: 06/23/2005) |
| 06/23/2005 | 24 | Judge's Order Requesting Position From Trustee John Boyajian (re:23Second Motion to Extend Time filed by Debtor Raymond A. Marenaro) Due by: 6/28/2005. (Lanni, Christine) (Entered: 06/23/2005) |
| 06/24/2005 | | Consent Filed by Trustee John Boyajian re 23 Motion to Extend Time filed by Debtor Raymond A. Marenaro). (Boyajian, John) (Entered: 06/24/2005) |
| 06/24/2005 | | Meeting of Creditors Continued on 7/11/2005 at 09:30 AM at United States Trustee's Office (Boyajian, John) (Entered: 06/24/2005) |
| | | |

| | | |
|---|---|---|
| 06/25/2005 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 24 Order Requesting Position filed by Trustee John Boyajian) Service Date 06/25/2005. (Admin.) (Entered: 06/26/2005) |
| 06/27/2005 | 26 | Order Granting Motion to Extend Time to: 7/6/2005 . Updated Deadline Due By:7/6/2005 for missing documents. (Lanni, Christine) (Entered: 06/27/2005) |
| 06/29/2005 | 27 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 26 Order on Motion to Extend Time) Service Date 06/29/2005. (Admin.) (Entered: 06/30/2005) |
| 06/30/2005 | 28 | Hearing Continued (re 1 Voluntary Petition Chapter 13 to be filed by Debtor Raymond A. Marenaro) Confirmation hearing to be held on 7/21/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/30/2005) |
| 07/02/2005 | 29 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 28 Hearing (Bk) Cont) Service Date 07/02/2005. (Admin.) (Entered: 07/03/2005) |
| 07/06/2005 | 30 | Missing Documents Filed- Schedules A-J; Summary of Schedules; Signed Declaration; Statement of Financial Affairs, Filed by Debtor Raymond A. Marenaro (related document(s)26 Order on Motion to Extend Time). (Lanni, Christine) (Entered: 07/07/2005) |
| 07/06/2005 | 31 | Chapter 13 Plan Filed by Debtor Raymond A. Marenaro . (Attachments: # 1 Certificate of Service)(Lanni, Christine) (Entered: 07/07/2005) |
| 07/08/2005 | 32 | Order to Show Cause in Writing against Debtor Raymond A. Marenaro and Attorney (related document(s)7 Order on Motion To Pay Filing Fees in Installments, ). Responses due by 7/15/2005. Failure to pay 3rd Installment of $49.50 due 7/5/05. (Cory, Lucinda) (Entered: 07/08/2005) |
| 07/10/2005 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 32 Order to Show Cause in Writing, ) Service Date 07/10/2005. (Admin.) (Entered: 07/11/2005) |
| 07/11/2005 | 34 | Receipt of Third Installment Payment. Receipt Number 62484, Fee Amount $51.50 (related document(s)7Order on Motion To Pay Filing Fees in Installments and 32 Order to Show Cause in Writing); Final Installment Payment Due on 7/26/05 in the amount of $46.50. (Elderkin, April) (Entered: 07/11/2005) |
| 07/11/2005 | | Meeting of Creditors Held in Chapter 13 Case. (Boyajian, John) (Entered: 07/11/2005) |
| 07/12/2005 | 35 | Objection to Confirmation of Plan Filed by Trustee John Boyajian (related document(s)31 Chapter 13 Plan filed by Debtor Raymond A. Marenaro). (Boyajian, John) (Entered: 07/12/2005) |
| 07/20/2005 | 37 | Amended Schedules Summary of Schedules; Schedules A, I, J. Filed by Debtor Raymond A. Marenaro (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro). (Attachments: # 1 Certificate of Service) (Lanni, Christine) (Entered: 07/21/2005) |
| 07/20/2005 | 38 | Amended Chapter 13 Plan Filed by Debtor Raymond A. Marenaro (related document(s)31 Chapter 13 Plan filed by Debtor Raymond A. Marenaro). |

| | | |
|---|---|---|
| | | (Attachments: # 1 certificate of service)(Lanni, Christine) (Entered: 07/21/2005) |
| 07/21/2005 | | Hearing Held (related document(s)31 Chapter 13 Plan filed by Debtor Raymond A. Marenaro, 35 Trustee's Objection to Confirmation of Plan filed by Trustee John Boyajian, 1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro). APPEARANCES: Atty. Boyajian; Debtor. Trustee said there is not enough money to fund the plan. Payments not made to the Trustee. Confirmation Denied. **Amended Plan filed and will be set down for hearing** . (Lanni, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | 39 | Order Denying Confirmation of Chapter 13 Plan Status Deadline re:Amended Plan, Motion to Reconsider Order Denying Plan, Notice of Conversion to Chapter 7 or Appeals Due by: 8/5/2005. ***NOTE: Amended Plan filed and will be set down for hearing*** (Lanni, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | 40 | Judgment Order (re:39 Order Denying Confirmation of Chapter 13 Plan ) ***NOTE: Amended Plan filed and will be set down for hearing*** (Lanni, Christine) (Entered: 07/25/2005) |
| 07/25/2005 | 41 | Hearing Set (re38 Amended Chapter 13 Plan filed by Debtor Raymond A. Marenaro). Confirmation hearing to be held on 8/11/2005 at 09:30 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 07/25/2005) |
| 07/26/2005 | 42 | Receipt of Final Installment Payment. Receipt Number 62591, Fee Amount $46.50 (related document7Order on Motion To Pay Filing Fees in Installments) **Voluntary Petition Paid.** (Elderkin, April) (Entered: 07/26/2005) |
| 07/28/2005 | | Notice of Appearance and Request for Notice (Text Only) Filed by Cheryl Asquino on behalf of Narragansett Bay Commission. (Asquino, Cheryl) (Entered: 07/28/2005) |
| 07/28/2005 | 43 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 39 Order Denying Confirmation of Chapter 13 Plan, ) Service Date 07/28/2005. (Admin.) (Entered: 07/29/2005) |
| 07/28/2005 | 44 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 40 Judgment Order (ap/bk)) Service Date 07/28/2005. (Admin.) (Entered: 07/29/2005) |
| 07/28/2005 | 45 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 41 Hearing (Bk)) Service Date 07/28/2005. (Admin.) (Entered: 07/29/2005) |
| 08/11/2005 | 46 | Proposed Order *Denying Confirmation* Filed by Trustee John Boyajian (related document(s)38 Amended Chapter 13 Plan filed by Debtor Raymond A. Marenaro). Status Check Due by:8/16/2005. (Boyajian, John) (Entered: 08/11/2005) |
| 08/11/2005 | 47 | Notice of Appearance and Request for Notice Filed by Edward G. Lawson Jr. on behalf of Raymond A. Marenaro . (Lanni, Christine) (Entered: 08/11/2005) |
| 08/11/2005 | | Pro Se Flag Terminated - Debtor is now represented by Atty. Edward G. Lawson Jr. (Lanni, Christine) (Entered: 08/11/2005) |
| 08/11/2005 | | Hearing Held (related document(s)38 Amended Chapter 13 Plan filed by Debtor Raymond A. Marenaro). APPEARANCES: Lawson, Boyajian . Lawson said he |

| | | |
|---|---|---|
| | | will enter for the debtor . Parties agree confirmation may be denied; and Lawson requested until 8/26/05 to file an amended plan. Trustee advised the Court and Attorney Lawson that no payments have been made since the filing date. Trustee said he would submit an order. (Cory, Lucinda) (Entered: 08/12/2005) |
| 08/22/2005 | 48 | Order Denying Confirmation of Chapter 13 Plan Status Deadline re: Amended Plan. Amended Plan Due by: 8/26/2005. (Sweeney, Carolyn) (Entered: 08/22/2005) |
| 08/23/2005 | 49 | Amended Chapter 13 Plan Filed by Debtor Raymond A. Marenaro (related document(s)38 Amended Chapter 13 Plan filed by Debtor Raymond A. Marenaro). Declaration re: Electronic Filing, Form P.4 Due By: 9/7/2005. (Attachments: # 1 certification# 2 list)(Lawson, Edward) (Entered: 08/23/2005) |
| 08/24/2005 | 50 | Hearing Set (re49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). Confirmation hearing to be held on 9/8/2005 at 09:30 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 08/24/2005) |
| 08/24/2005 | 51 | Amended Schedules Schedule I Filed by Debtor Raymond A. Marenaro (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Raymond A. Marenaro). Declaration re: Electronic Filing, Form P.4 Due By: 9/8/2005. (Attachments: # 1 cer) (Lawson, Edward) (Entered: 08/24/2005) |
| 08/24/2005 | 52 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 48 Order Denying Confirmation of Chapter 13 Plan) Service Date 08/24/2005. (Admin.) (Entered: 08/25/2005) |
| 08/25/2005 | 53 | Declaration Re: Electronic Filing (related document(s)49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). (Lanni, Christine) (Entered: 08/25/2005) |
| 08/26/2005 | 54 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 50 Hearing (Bk)) Service Date 08/26/2005. (Admin.) (Entered: 08/27/2005) |
| 09/01/2005 | 55 | Motion for Relief from Stay *and for Relief from Co-Debtor Stay* re:60 Smart Street, Providence, Rhode Island Fee Amount $150, Filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li. Objections to Motion Due: 9/14/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit A and B# 3 Proposed Order) (Carlotto, Thomas) (Entered: 09/01/2005) |
| 09/01/2005 | 56 | Receipt of filing fee for Motion for Relief From Stay(1:05-bk-11959) [motion,mrlfsty] ( 150.00). Receipt number 351478, amount $ 150.00. (U.S. Treasury) (Entered: 09/01/2005) |
| 09/01/2005 | 57 | Supplemental Certificate of Service Filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li (related document(s)55 Motion for Relief From Stay, filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li). (Carlotto, Thomas) (Entered: 09/01/2005) |
| | | |

Case 1:06-cv-00504-S-LDA Document 1-2 Filed 11/17/2006 Page 7 of 11

| | | |
|---|---|---|
| 09/08/2005 | | Hearing Held (related document(s)49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). APPEARANCES: Atty. Boyajian; Atty. Lawson. Per Atty. Lawson, debtor to start a new job next week that will provide extra income that will allow him to meet the plan and the mortgage payments. There is a motion for relief from stay pending. Trustee states that he cannot recommend confirmation. The debtor does not have sufficient income to fund the plan. Atty. Lawson examines Raymond Marenaro, cross by Atty. Boyajain - arguments. Court grants confirmation of plan . Order Due by: 9/19/2005 from Trustee John Boyajian confirming plan. (Lanni, Christine) (Entered: 09/08/2005) |
| 09/09/2005 | 58 | Objection Filed by Debtor Raymond A. Marenaro re 55 Motion for Relief from Stay). (Lawson, Edward) Modified on 9/12/2005 (Venuti, Jody). (Entered: 09/09/2005) |
| 09/12/2005 | 59 | Hearing Set (re: 55 Motion for Relief From Stay, filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li, 58 Objection filed by Debtor Raymond A. Marenaro). Hearing scheduled for 9/28/2005 at 09:30 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 09/12/2005) |
| 09/12/2005 | 60 | Order to Show Cause in Writing against Debtor Raymond A. Marenaro and Attorney Edward G. Lawson Jr. (related document(s)51 Amended Schedules, filed by Debtor Raymond A. Marenaro). Responses due by 9/19/2005. (Lanni, Christine) (Entered: 09/12/2005) |
| 09/13/2005 | 61 | Proposed Order *Confirming Chapter 13 Plan* Filed by Trustee John Boyajian (related document(s)49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). Status Check Due by:9/19/2005. (Boyajian, John) (Entered: 09/13/2005) |
| 09/14/2005 | 62 | Declaration Re: Electronic Filing (related document(s)51 Amended Schedules, filed by Debtor Raymond A. Marenaro). (Lanni, Christine) (Entered: 09/14/2005) |
| 09/14/2005 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 60 Order to Show Cause in Writing) Service Date 09/14/2005. (Admin.) (Entered: 09/15/2005) |
| 09/14/2005 | 64 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 59 Hearing, ) Service Date 09/14/2005. (Admin.) (Entered: 09/15/2005) |
| 09/20/2005 | 65 | Order Confirming Chapter 13 Plan. (Lanni, Christine) (Entered: 09/20/2005) |
| 09/21/2005 | 66 | Proposed Order *regarding plan payments* Filed by Trustee John Boyajian. Status Check Due by:9/26/2005. (Boyajian, John) (Entered: 09/21/2005) |
| 09/22/2005 | 67 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 65 Order Confirming Chapter 13 Plan) Service Date 09/22/2005. (Admin.) (Entered: 09/23/2005) |
| 09/27/2005 | 68 | Proposed Order Filed by Debtor Raymond A. Marenaro, Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li (related document(s)55 Motion for Relief From Stay, filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based |

Case 1:06-cv-00504-S-LDA Document 1-2 Filed 11/17/2006 Page 8 of 11

| | | |
|---|---|---|
| | | Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li). Status Check Due by:10/3/2005. (Carlotto, Thomas) (Entered: 09/27/2005) |
| 09/27/2005 | | Hearing Not Held (re: 55 Motion for Relief From Stay, filed by Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li, 58 Objection filed by Debtor Raymond A. Marenaro). Proposed Consent Order filed - see #68. (Lanni, Christine) (Entered: 09/27/2005) |
| 09/27/2005 | 69 | Order for Debtor's Employer to Pay Trustee (Lanni, Christine) (Entered: 09/27/2005) |
| 09/29/2005 | 70 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 69 Order To Pay Wages) Service Date 09/29/2005. (Admin.) (Entered: 09/30/2005) |
| 10/06/2005 | 71 | Conditional Consent Order re: (related document(s)68 Proposed Order, , filed by Debtor Raymond A. Marenaro, Creditor The Chase Manhattan Bank, as Trustee under the Pooling and Servicing Agreement, Dated as of May 1, 2000, Among Credit-Based Asset Servicing and Securitization LLC, Asset Backed Funding Corporation, Li). (Lanni, Christine) (Entered: 10/06/2005) |
| 10/08/2005 | 72 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 71 Conditional Order, ) Service Date 10/08/2005. (Admin.) (Entered: 10/09/2005) |
| 04/14/2006 | 73 | Motion to Substitute Attorney Edward G. Lawson. New attorney Marty C. Marran. Filed by Debtor Raymond A. Marenaro. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Marran, Marty) (Entered: 04/14/2006) |
| 04/19/2006 | 74 | Order Granting Motion to Substitute Attorney adding Marty C. Marran for Raymond A. Marenaro, terminating Edward G. Lawson. (Related Doc # 73) . (Lanni, Christine) (Entered: 04/19/2006) |
| 04/21/2006 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 74 Order on Motion to Substitute Attorney) Service Date 04/21/2006. (Admin.) (Entered: 04/22/2006) |
| 06/15/2006 | 76 | Trustee's Motion to Dismiss Case Filed by Trustee John Boyajian. Objections to Motion Due: 6/28/2006. (Attachments: # 1 Memorandum of Law)(Boyajian, John) (Entered: 06/15/2006) |
| 06/27/2006 | 77 | Objection *Motion To Dimiss* Filed by Debtor Raymond A. Marenaro re 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian). (Marran, Marty) (Entered: 06/27/2006) |
| 06/27/2006 | 78 | Objection Filed by Debtor Raymond A. Marenaro re 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian. (Geraghty, Amy) (Entered: 06/27/2006) |
| 06/28/2006 | 79 | Order Striking,Without Prejudice, Defective Document, 77 Objection filed by Debtor Raymond A. Marenaro. Document does not contain a memorandum of law. (Geraghty, Amy) (Entered: 06/28/2006) |

| | | |
|---|---|---|
| 06/28/2006 | 80 | Order Vacating Order (re:79 Order Striking,Without Prejudice, Defective Document, 77 Objection filed by Debtor Raymond A. Marenaro. Order striking issued in error. (Geraghty, Amy)) (Geraghty, Amy) (Entered: 06/28/2006) |
| 06/29/2006 | 81 | Hearing Set (re: 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian, 77 Objection filed by Debtor Raymond A. Marenaro, 78 Objection filed by Debtor Raymond A. Marenaro). Hearing scheduled for 7/20/2006 at 10:00 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 06/29/2006) |
| 06/30/2006 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Order Striking) Service Date 06/30/2006. (Admin.) (Entered: 07/01/2006) |
| 06/30/2006 | 83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 Order Vacating Order) Service Date 06/30/2006. (Admin.) (Entered: 07/01/2006) |
| 07/01/2006 | 84 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 81 Hearing, ) Service Date 07/01/2006. (Admin.) (Entered: 07/02/2006) |
| 07/20/2006 | 85 | Hearing Continued re 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian, 77 Objection filed by Debtor Raymond A. Marenaro, 78 Objection filed by Debtor Raymond A. Marenaro. APPEARANCES: Atty. Boyajian; Atty. Marran. Trustee said he's only received one payment. Atty. Marran said there is equity in the real estate. Atty. Marran is looking for time to sell real estate. Trustee has no objection to a continuance for an amended plan calling for sale of real estate. Hearing continued to 8/3/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 07/20/2006) |
| 07/22/2006 | 86 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 07/22/2006. (Admin.) (Entered: 07/23/2006) |
| 08/03/2006 | 87 | Hearing Continued re 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian, 77 Objection filed by Debtor Raymond A. Marenaro, 78 Objection filed by Debtor Raymond A. Marenaro. Hearing CONTINUED to 8/10/2006 at 10:00 AM at 6th Floor Courtroom. APPEARANCES: Atty. Boyajian; Atty.Marran. Atty. Marran said debtor appeared yesterday. Debtor wants to get a short term loan. Detbor does have a buyer for the real estate. Raymond Marenaro called as a witness and examined by Atty. Boyajian. Matter continued 1 week. Amended Plan to be filed. (Lanni, Christine) (Entered: 08/03/2006) |
| 08/05/2006 | 88 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 87 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 08/05/2006. (Admin.) (Entered: 08/06/2006) |
| 08/10/2006 | 89 | Amended Chapter 13 Plan *Second* Filed by Debtor Raymond A. Marenaro (related document(s)49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). Declaration re: Electronic Filing, Form P.4 Due By: 8/25/2006. (Attachments: # 1 Certification)(Marran, Marty) (Entered: 08/10/2006) |
| 08/10/2006 | 90 | Hearing held Continued re 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian, 77 Objection filed by Debtor Raymond A. Marenaro, 78 Objection filed by Debtor Raymond A. Marenaro. App: Marran, Richardson. Marran will file the amended plan and all matters will be heard together. Hearing continued to 8/24/2006 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 08/10/2006) |

| | | |
|---|---|---|
| 08/11/2006 | 91 | Hearing Set (re 49 Amended Chapter 13 Plan filed by Debtor Raymond A. Marenaro). Confirmation hearing to be held on 8/24/2006 at 10:00 AM at 6th Floor Courtroom. To be heard with Trustee's Motion to Dismiss which was continued in Court to 8/24/06. (Cory, Lucinda) (Entered: 08/11/2006) |
| 08/13/2006 | 92 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 91 Hearing (Bk), Hearing (Bk)) Service Date 08/13/2006. (Admin.) (Entered: 08/14/2006) |
| 08/14/2006 | 93 | Declaration Re: Electronic Filing (related document(s)89 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). (Geraghty, Amy) (Entered: 08/14/2006) |
| 08/24/2006 | | Hearing Held (related document(s)49 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro, 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian, 77 Objection filed by Debtor Raymond A. Marenaro, 78 Objection filed by Debtor Raymond A. Marenaro). APPEARANCES: Atty. Boyajian; Atty. Marran. Atty. Marran advised the Court that he has an offer to purchase. Atty. Boyajian states that the offer is not acceptable as there is no deposit, date for closing and the price is contingent upon expenses for repairs to the property. Matter continued to second call. After second call, Atty. Marran calls Raymond Marenaro, cross by Atty. Boyajian. Court denies confirmation and grants the Trustee's Motion to Dismiss with prejudice. Trustee to file order. Order Due by: 9/5/2006 from Trustee dismissing case. (Lanni, Christine) (Entered: 08/24/2006) |
| 08/24/2006 | 94 | Order Denying Confirmation of Chapter 13 Plan Status Deadline re:Amended Plan, Motion to Reconsider Order Denying Plan, Notice of Conversion to Chapter 7 or Appeals Due by: 9/5/2006. (Lanni, Christine) (Entered: 08/24/2006) |
| 08/26/2006 | 95 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 94 Order Denying Confirmation of Chapter 13 Plan) Service Date 08/26/2006. (Admin.) (Entered: 08/27/2006) |
| 09/01/2006 | 96 | 4th Amended Chapter 13 Plan Filed by Debtor Raymond A. Marenaro (related document(s)89 Amended Chapter 13 Plan, filed by Debtor Raymond A. Marenaro). (Cory, Lucinda) (Entered: 09/01/2006) |
| 09/05/2006 | 97 | Order Denying as Moot in Light of Dismissal of Case 96Amended Plan. (Entered: 09/05/2006) |
| 09/05/2006 | 98 | Proposed Order After Hearing Filed by Trustee John Boyajian (related document(s) 76 Trustee's Motion to Dismiss Case filed by Trustee John Boyajian). Status Check Due by:9/11/2006. (Boyajian, John) (Entered: 09/05/2006) |
| 09/07/2006 | 99 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 97 Order) Service Date 09/07/2006. (Admin.) (Entered: 09/08/2006) |
| 09/13/2006 | 100 | Order Granting Trustee's Motion To Dismiss Case (Related Doc # 76) . Appeals/Motion for Reconsideration Due by: 9/25/2006. (Lanni, Christine) (Entered: 09/13/2006) |
| 09/13/2006 | 101 | Judgment Order (re:100 Order on Trustee's Motion to Dismiss Case) (Lanni, Christine) (Entered: 09/13/2006) |
| 09/15/2006 | 102 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 101 |

| | | |
|---|---|---|
| | | Judgment Order (ap/bk)) Service Date 09/15/2006. (Admin.) (Entered: 09/16/2006) |
| 09/15/2006 | 103 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 100 Order on Trustee's Motion to Dismiss Case) Service Date 09/15/2006. (Admin.) (Entered: 09/16/2006) |
| 09/25/2006 | 104 | Notice of Appeal . Receipt Number 64459, Fee Amount $255 Filed by Raymond A. Marenaro (related document(s)100 Order on Trustee's Motion to Dismiss Case). Appellant Designation due by: 10/5/2006. (Lanni, Christine) Additional attachment (s) added on 9/25/2006 (Venuti, Jody). (Entered: 09/25/2006) |
| 09/25/2006 | 105 | Appellant District Court Election Filed by Raymond A. Marenaro (related document(s)104 Notice of Appeal filed by Debtor Raymond A. Marenaro). (Lanni, Christine) (Entered: 09/25/2006) |
| 09/25/2006 | | Corrective Entry ** additional attachments added - receipt*** (related document(s) 104 Notice of Appeal, filed by Debtor Raymond A. Marenaro). (Lanni, Christine) (Entered: 09/25/2006) |
| 09/27/2006 | 106 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 104 Notice of Appeal, filed by Debtor Raymond A. Marenaro) Service Date 09/27/2006. (Admin.) (Entered: 09/28/2006) |
| 10/02/2006 | 107 | Notice of Appearance by Attorney and Request for Notice Filed by Joe Lozano on behalf of Litton Loan Servicing, LLP. (Lozano, Joe) (Entered: 10/02/2006) |
| 10/05/2006 | 108 | Motion to Extend Time until 30 days to file require documents relating to issues on Appeal (deisgnation of record and status of issues on appeal) Filed by Debtor Raymond A. Marenaro (related document(s)104 Notice of Appeal, filed by Debtor Raymond A. Marenaro). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) (Entered: 10/05/2006) |
| 10/10/2006 | 109 | Order Granting Motion to Extend Time to: 11/9/2006 . Updated Deadline Due By:11/9/2006 to file all required documents, designation of records and status of issues on appeal. (Lanni, Christine) (Entered: 10/10/2006) |
| 10/12/2006 | 110 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 109 Order on Motion to Extend Time) Service Date 10/12/2006. (Admin.) (Entered: 10/13/2006) |
| 10/16/2006 | 111 | Chapter 13 Trustee Final Report and Account Filed by Trustee John Boyajian. (Boyajian, John) (Entered: 10/16/2006) |
| 11/09/2006 | 112 | Statement of Issues on Appeal, Filed by Raymond A. Marenaro (related document (s)104 Notice of Appeal, filed by Debtor Raymond A. Marenaro). (Geraghty, Amy) (Entered: 11/09/2006) |