UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

RAYMOND MARENARO
Debtor

BK-05-11959
CHAPTER 13

ORDER

This matter came to be heard on the 24th day of August, 2006 on the Trustee's Motion to Dismiss, and after hearing thereon it is

ORDERED

The Chapter 13 proceeding is dismissed with prejudice.

ENTERED ON DOCKET: 9/13/2006

#J-05-bk-11959-100

Arthur N. Votolato
Bankruptcy Judge
Date: 9/13/06

CERTIFICATION

I hereby certify that a copy of the within Order was mailed, postage prepaid, to Raymond Marenaro, 60 Smart Street, Providence, RI 02904 and electronically mailed to Marty Marran, Esq. at mcmstonewall@cox.net on September 5, 2006.

/s/Martha Hunt

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

**Raymond A. Marenaro**

Debtor(s)

BK No. **1:05-bk-11959**

Chapter **13**

Judge: **Arthur N. Votolato**

## ***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order (re:[100] Order granting Trustee's Motion to Dismiss Case)**

Judgment #: 1:05–bk–11959 – 101 – 100

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **9/13/06**
Document Number: ***101 - 100***

By: **CAL**
Deputy Clerk

judgement.jsp #404