UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: :

RAYMOND A. MARENARO :
Debtor(s)
:

BK No. 05-11959
Chapter 13

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__x__ Appeal Coversheet

__x__ The Notice of Appeal and Appellant's Election Form

__x__ Copy of Bankruptcy Court Order and Judgment dated 9/13/06

__x__ Certified Copy of docket.

__x__ Other Copy of order granting debtor's motion to extend time and Statement of Issue (which includes a possible further extension of time?)

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal was due on 11/9/06. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 11/16/06

By:CAL
Deputy Clerk