*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

In Re: **Raymond A. Marenaro**

Debtor(s)

BK No. **1:05–bk–11959**

Chapter **13**

***Order GRANTING Document (doc# 108 )***

***Re: Motion to Extend Time for 30 Days to file required documents re: appeal issues***

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the above entitled document (doc. # 108 ) is GRANTED to 11/9/06 .

Judgment #: 1:05–bk–11959 – 109 – 108

***ORDER:***

BY: CAL
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **10/10/06**

Entered on Docket: **10/10/06**
Document Number: **109 – 108**

oaftcc nsid.jsp #145