RAYMOND A. MARENARO
DEBTOR

BK
BK1:05/11959
CH 13

RE APPEAL OF 9-25-06
EXTEN. TIME OF 10-5-06

FILED NOV 09 '06 16:09 USBCRI

STATEMENT OF ISSUES OF APPEAL

MY APPEAL IS THAT I BELIEVE I SHOULD HAVE BEEN GRANTED THE OPPORTUNITY TO PAY THE ARREARAGE OF THE PLAN & REGULAR MORTGAGE PMTS NEC. TO BRING ACCT. CURRENT. THIS WOULD HAVE BEEN DONE THRU THE INCEPTION OF A SINGLE PMT LOAN THAT WOULD BE PAID BY SALE OF PROPERTY.

THE PROPOSED LOAN WAS MENTIONED AT EARLIER SESSIONS BUT NOT AT LATER SESSION WHEN THE AMENDED PLAN TO SELL PROPERTY & CH 13 WERE DENIED & DISMISSED, SOLELY BECAUSE OF LATE PMTS.

THE TIME ALLOWED TO SUBMIT ISSUES OF APPEAL WAS USED UP TRYING TO FIND A LAWYER FROM "LAWYER REFERRAL" OF THE BAR ASSOC. THIS DIDN'T COME ABOUT.

HOWEVER ON NOV 7 ATTY JEFFERY DANA OF "RILEY & JRUCE" AGREED TO CONSIDER REPRESENTING ME IF TIME IS ALLOWED FOR HIM TO STUDY THE CASE & TO SUBMIT ANY DOCUMENTS ADDITIONALLY REQD.

SIGNED: Raymond A Marenaro
60 Smart St Prov RI 02904
Tel 451-2148