***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

| | |
|---|---|
| In Re: ***Raymond A. Marenaro*** | BK No. **1:05-bk-11959** |
| Debtor(s) | Chapter **13** |

# **** N O T I C E ****

A NOTICE of APPEAL was filed by Raymond A. Marenaro on 09/25/2006 , RE: Order Dismissing Case .

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **9/25/06**
Document Number: **104 - 100**

By: **CAL**
Deputy Clerk

**AppealNtc.jsp #302**