UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 06-11959 [CA] #
2. Title of Bankruptcy Case Raymond A. Marenaro
3. Appellant: Raymond A. Marenaro

   Name & Address of Counsel for Appellant(s):

   Pro se
4. Appellee:

   Name & Address of Counsel for Appellee(s):
5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes ____ No X
7. Special Comments: