FILED SEP 25 '06 15:47 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: RAYMOND A. MARENARO

Debtor(s)

BK No. 05-11959
Chapter

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 9-13-06, Doc. No. 100.

| APPELLANT(S) | APPELLEE(S) |
| --- | --- |
| RAYMOND A. MARENARO | |
| Attorney<br>(Firm Name, Address, and Telephone No.) | Attorney (If known) |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☒ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: Raymond A. Marenaro
Signature of Attorney (or Appellant, if pro se)

Dated: 9-25-06