CASE 1:06-CV-00504-S-LDA MARENARO

U.S. DIST. COURT
DIST. OF R.I.

RAYMOND A. MARENARO
FILER

MOTION FOR EXTENSION OF TIME

I RAYMOND A MARENARO, HEREBY FILE, PRO SE, A MOTION REQUESTING ADDITIONAL TIME OF 30 DAYS, OR LESS, IF LIMITED BY STATUE, TO FILE A APPELANT BRIEF, NOW DUE BY DEC. 4, 2006.

ADDITIONAL TIME IS NEEDED TO SEE AND ENGAGE ATTORNEY FROM "RI LEGAL SRVCS" OR "LAWYER REFFERRAL" OF THE RI BAR ASSOC. FOR ASSISTANCE.

RESPECTFULLY SUBMITTED

SIGNED

DATED 12/4/06

Raymond A Marenaro
60 SMART ST
PROV RI
TEL 451-2148

CASE 1:06-CV-00504-S-LDA MARENANO

# CERTIFICATE OF SERVICE

I RAYMOND A MARENANO CERTIFY THAT COPIES OF "MOTION TO EXTEND TIME" WAS MAILED 1ST. CL. TODAY 12/4/06 TO:

OFFICE OF THE U.S. TRUSTEE
10 DORRANCE ST
PROV. R.I.

AND

JOHN BOYAJIAN ESQ.
OFFICE OF Ch 13 TRUSTEE
182 WATERMAN ST
PROV RI. 02906

Signed
Date Dec 4, 2006

Raymond A Marenano
60 Smart St
Prov, RI
02904

Tel 451-2148