CASE 1:06-CV-00504-S-LDA MARENARO

US DIST. COURT
DIST. OF R.I.

RAYMOND A. MARENARO (FILER)

MOTION FOR EXTENSION OF TIME

I RAYMUND A. MARENARO DO HEREBY FILE, PRO-SE, A MOTION REQUESTING ADDITIONL TIME, UNTIL FEB 20, 2007, TO FILE "APPELANT BRIEF" THAT WAS DUE ON 1/4/07.

REASON: APPELLANT MISINTERPRETED DUE DATE, AND FOR ATTORNEY REQUIREMENTS, INCLUDING APPELLANT PROCEDURAL NEEDS.

SIGNED: Raymund A. Marenaro 1-29-07

CERTIFIFICATE OF SRVC

COPIES WERE MAILED TODAY, 1ST-CL. POSTAL TO:

OFFICE OF U.S. TRUSTEE LEONARD J. DEPASQUALE
10 DORRANCE ST. PROV., R.I. 02903

AND JOHN BOYAJIAN ESQ.
OFFICE OF CH13 TRUSTEE
182 WATERMAN ST
PROV., R.I. 02906

Signed: Raymund A. Marenaro 1-29-07
60 Smart St
Prov R.I. 02904
Tel 451-2148