CASE 1:06-CV-00504-S-LDA MARENARO
U.S. DIST. COURT
DIST. OF R.I.

RAYMOND A. MARENARO (FILER)

MOTION FOR EXTENSION OF TIME

I RAYMOND A. MARENARO, DO HEREBY FILE, PRO-SE, A MOTION REQUESTING ADDITIONAL TIME, UNTIL MAR. 22, 2007, TO FILE "APPELANT BRIEF" THAT WAS DUE ON 2-20-07.

REASON: I DID NOT RECEIVE NOTIFICATION THAT JAN 29, 07 "MOTION FOR EXTEN. OF TIME" TO FEB. 20, 07, FOR FILING APPELANT BRIEF WAS GRANTED. I WAS NOT AWARE UNTIL VISIT TO CLERKS OFFICE ON 2-16-07, AND SAW DOCKET TEXT ENTRY OF 2-6-07 GRANTING MOTION. WAITING FOR NOTIFICATION PREVENTED ME FROM ENGAGING ATTORNEY AND INCURRING EXPENSES DEPENDENT ON APPROVAL. KNOWLEDGE ON FRI 2-16-07 DID NOT PROVIDE TIME TO FILE BRIEF ON TUE 2-20-07.

I AM 74 YRS. OLD, WITH LIMITED MOBILITY AT THIS TIME, AND NOT COMPUTER LITERATE.

SIGNED 2-20-07 Raymond A. Marenaro

CERTIFICATE OF SRVC

COPIES WERE MAILED TODAY, 1ST. CL. POSTAL TO:

OFFICE OF U.S. TRUSTEE LEONARD J. DEPASQUALE
10 DORRANCE ST. PROV., R.I. 02903

AND: JOHN BOYAJIAN ESQ. OFFICE OF CH 13 TRUSTEE
182 WATERMAN ST. PROV., R.I. 02906

SIGNED: Raymond A. Marenaro 2-20-07

60 SMART ST PROV., R.I. 02904
tel # 451-2148