UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

RAYMOND MARENARO Case No. 06-cv-00504-S-LDA

OBJECTION TO MOTION FOR EXTENSION OF TIME

The trustee objects to the debtor’s Motion for Extension of Time.

This matter was heard on August 24, 2006 on the Trustee’s Motion to Dismiss the debtor’s Chapter 13 petition (BK-05-11959) because of a failure to make payments required by the Bankruptcy Code. On September 13, 2006, the Bankruptcy Court entered an Order granting the Motion to Dismiss and dismissing the Chapter 13 proceeding “with prejudice”. A Judgment Order was entered that same date. Thereafter, the debtor appealed to this Court.

On October 5, 2006 the debtor filed a Request for an Extension of Time of thirty (30) days “... for providing all required documents; designation of record and status [sic] of issues on appeal.” The debtor also noted that the requested extension would “... enable me to enlist the services of a [sic] attorney ...” The Statement of Issues was filed with the Bankruptcy on November 9, 2006. The appeal was transmitted to this Court on November 16, 2006.

On December 5, 2006, the debtor moved for an extension of time of thirty (30) days to file his brief which he stated was

due on December 4, 2006. The trustee did not file an objection, and on December 7, 2006, the Court granted an extension of time until December 19, 2006 for the debtor to file the brief.

On December 29, 2006, the debtor filed a further Motion for Extension requesting until February 20, 2007 to file his brief. Again, the trustee did not object to the requested extension. Now, the debtor has filed a further Motion for Extension of Time requesting until March 22, 2007 to file his brief.[1]

The debtor's request for additional time is simply a tactic to delay the inevitable dismissal of his case. For this reason, the trustee is bound to object to the request for additional time.

/s/John Boyajian
John Boyajian #0919
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401)273-9600
Fax:(401)273-9605

[1] While this appeal has been pending, the debtor, on November 28, 2006, filed a new Chapter 13 proceeding in the Bankruptcy Court (see BK-06-11385). In that case, the debtor failed to file all the required papers, and the case was dismissed on January 9, 2007. On January 19, 2007, the debtor filed a Motion for Reconsideration which is pending before the Bankruptcy Court. On February 22, 2007, the Court heard the debtor's Motion for Reconsideration and continued the matter to March 1, 2007 for the debtor to complete and file all missing documents.

RAYMOND MARENARO Case No. 06-cv-00504-S-LDA

CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Raymond Marenaro, 60 Smart St., Providence, RI 02909 on February 27, 2007.

/s/Martha Hunt