CASE 1:06-CV-00504-S-LDA MARENARO

U.S. COURT
DIST. OF R.I

RAYMOND A. MARENARO (FILER)

**MOTION FOR EXTENSION OF TIME**

I RAYMOND A. MARENARO, DO HEREBY FILE, PRO-SE, A MOTION REQUESTING ADDITIONAL TIME, UNTIL MAR. 29, 2007 TO FILE APPELANT BRIEF THAT WAS DUE OF MAR. 8, 2007.

REASON I DID NOT RECEIVE NOTIFICATION THAT MOTION FILED FEB 20, 07 "FOR EXTEN. OF TIME TO MAR. 22, 07" FOR FILING APPELANT BRIEF, WAS GRANTED AND EXTENDED TO MAR. 8, 07. I WAS NOT AWARE UNTIL VISIT TO CLERKS OFFICE ON 3-6-07 AND SAW ENTRY OF 3-1-07.

ONCE AGAIN, LACK OF BEING NOTIFIED, TO WHICH I BELIEVE I AM ENTITLED, AS PART OF "DUE PROCESS", PREVENTED ME FROM ENGAGING ATTORNEY AND INCURRING EXPENSES DEPENDENT ON APPROVAL.

KNOWLEDGE RECEIVED ON TUES 3-6-07 DID NOT PROVIDE TIME TO FILE BRIEF BY THUR 3-8-07.

I AM ELDERLY AND NOT COMPUTER LITERATE.

SIGNED 3-8-07 Raymond A. Marenaro

**CERTIFICATE OF SRVC**

COPIES WERE MAILED TODAY, 1ST CL. POSTAGE TO:
OFFICE OF U.S. TRUSTEE LEONARD J. DEPASQUALE
10 DORRANCE ST. PROV., R.I. 02903
AND: JOHN BOYAJIAN ESQ. OFFICE OF CH 13 TRUSTEE
182 WATERMAN ST. PROV R.I. 02906

SIGNED: Raymond A. Marenaro 3-8-07 DATE

60 SMART ST.
PROV RI 02904
Tel 451-2148