UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

RAYMOND MARENARO Case No. 06-cv-00504-S-LDA

OBJECTION TO MOTION FOR EXTENSION OF TIME

The trustee objects to the debtor's most recent Motion for Extension of Time. The reasons for the trustee's objection are set forth in his Objection to Motion for Extension of Time previously filed with the court on February 27, 2007, a copy of which is attached to this objection.

The trustee would also note that one of the requested grounds in the request for a further extension of time is that Mr. Marenaro intends to engage an attorney. In that regard the trustee notes that in another bankruptcy case filed while this case was on appeal[1], the debtor represented himself without the services of an attorney although he stated to the Bankruptcy Court on more than one occasion that he was attempting to obtain the services of an attorney. On January 9, 2007 that case was dismissed for failure to file required documents with the Court. The debtor filed a Motion to Vacate this order and after more than one continuance in order to give Mr. Marenaro additional time to file the missing documents, on March 5, 2007 that motion was finally denied.

[1] See footnote 1 in Objection to Motion for Extension of Time filed February 27, 2007.

In re: RAYMOND MARENARO Case No. 06-cv-00504-S-LDA

Mr. Marenaro's continued requests for extensions are only an attempt to delay a meritless appeal and should be denied.

Respectfully Submitted,

/s/ John Boyajian
John Boyajian #0919
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401)273-9600
Fax:(401)273-9605

CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Raymond Marenaro, 60 Smart St., Providence, RI 02909 on March 9, 2007.

/s/Dana A. Westerkamp