CASE # 1:06-CV-00504-S-LDA MARENARO

U.S. DIST. COURT
DIST. OF R.I.

RAYMOND A MARENARO (FILER)

TO CERTIFY THAT I RAYMOND A. MARENARO, DO HEREBY FILE PRO-SE, A VOLUNTARY DISMISSAL AND WITHDRAWAL, OF CASE #1:06-CV-00504-S-LDA FILED 11-17-2006.

#422 BANKRUPTCY APPEAL (801)
CASE IN U.S. BANKRUPTCY COURT 1:06 bk 11959
CAUSE: 28-0158 BANKRUPTCY APPEAL FROM JUDGEMENT ORDER.

SIGNED: Raymond A Marenaro
3-29-2007
60 SMART ST
PROV., R.I. 02904
Cell Tel 451-2148

CERTIFICATE OF SERVICE

COPIES WERE MAILED TODAY 1ST. CL. POSTAL TO:

U.S. TRUSTEE
LEONARD DePASQUALE
10 DORRANCE ST
PROV., R.I. 02903

JOHN BOYAJIAN ESQ.
OFFICE OF CH 13 TRUSTEE
182 WATERMAN ST.
PROV R.I. 02906

SIGNED: Raymond A Marenaro
3-29-07
60 SMART ST
PROV., R.I. 02904
Cell Tel. 451-2148